| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA L. DAVIDSON, et al.,<br><br>Defendants. | No. 1:17-cv-01335-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>(Doc. No. 58) |

Plaintiff Bank of New York Mellon commenced this action by filing suit in the Superior Court of the State of California, County of Tulare on August 7, 2017. (Doc No. 1-1 at 6.) The United States, then a defendant, removed the action under 28 U.S.C. §§ 1442(a)(1) and 1444 on October 4, 2017. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 2, 2019, plaintiff and defendant United States filed a stipulation concerning the priority of the United States' lien. (Doc. No. 26.) On August 15, 2019, the court granted the stipulation and terminated the United States from this action. (Doc. No. 38 at 16.)

On May 7, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this matter be remanded back to state court because the United States was no longer a party and there was no other basis for federal jurisdiction. (Doc. No. 58.) The findings

and recommendations were served on the parties and contained noticed that any objections thereto were to be filed within fourteen days after service. (*Id.* at 6.) No party has filed any objections, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 7, 2021 (Doc. No. 58) are adopted in full;
2. This matter is remanded to the Superior Court of California, County of Tulare for lack of subject-matter jurisdiction; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 18, 2021**　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE